UNITED STATES of America,
Plaintiff-Appellee,

v.

Richard Y. GARCIA,
Defendant-Appellant.

No. 76–4255
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 2, 1977.

James A. Moore, Ray B. Martin, Robert C. Hunt, Houston, Tex., for defendant-appellant.

Edward B. McDonough, Jr., U. S. Atty., James R. Gough, George A. Kelt, Jr., Asst. U. S. Attys., Houston, Tex., for plaintiff-appellee.

Before THORNBERRY, RONEY and HILL, Circuit Judges.

PER CURIAM:

Defendant's convictions for making false statements on his tax returns are affirmed. 26 U.S.C.A. § 7206(1).

■ The trial court did not abuse its discretion in refusing to dismiss the indictment because the trial took place a year after arraignment, rather than within 120 days as required by the District Court's Rule 50(b) Plan for Achieving Prompt Disposition of Criminal Cases of the Southern District of Texas. *United States v. Clendening,* 526 F.2d 842 (5th Cir. 1976) and *United States v. Maizumi,* 526 F.2d 848 (5th Cir. 1976). Where the four-pronged test of *Barker v. Wingo,* 407 U.S. 514, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972), is not met, dismissal is not required.

■ The refusal to permit defendant to introduce evidence as to what tax, if any, would be owing on the unreported income was not error. *Schepps v. United States,* 395 F.2d 749 (5th Cir. 1968).

AFFIRMED.

---

* Rule 18, 5 Cir., see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir. 1970, 431 F.2d 409, Part I.